UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
St. Louis DIVISION

ANTOINE SHOCKLEY, #32469-044 )
)
Plaintiff, )
)
)
)
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
v. )
) Case No. _____
VINCENT CARR, BOBBY L. GARRETT, ) (To be assigned by Clerk)
)
ST. LOUIS CITY POLICE DEPT., ) Demand A Jury Trial
)
CITY OF ST. LOUIS )
)
Defendants. )
)
)
(Enter above the full name of **ALL** Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I. PLACE OF PRESENT CONFINEMENT:

**FCI- Terre Haute, P.O. Box 33, Terre Haute, IN 47808**

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]   NO [X]

    B.    If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

        1.    Parties to previous civil action:

            Plaintiff(s): _____

            _____

            Defendant(s): _____

            _____

        2.    Court where filed: _____

        3.    Docket or case number: _____

        4.    Name of Judge: _____

        5.    Basic claim made: _____

            _____

            _____

        6.    Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

            _____

III.    GRIEVANCE PROCEDURES:

    A.    Is there a prisoner grievance procedure at the institution in which you are incarcerated?

        YES  [ X]        NO  [ ]

    B.    Have you presented this grievance system the facts which are at issue in this complaint?

        YES  [ ]        NO  [X ]

    C.    If your answer to "B" is YES, what steps did you take: _____

    D.    If your answer to "B" is NO, explain why you have not used the grievance system:

    <u>It has no merit on the civil suit.</u>

IV.    PARTIES TO THIS ACTION:

    A.    Plaintiff(s)

        1.    Name of Plaintiff: <u>Antoine Shockley, #32469-044</u>

        2.    Plaintiff's address: <u>P.O. Box 33, Terre Haute, IN 47808</u>

        3.    Registration number: <u>32469-044</u>

        4.    Additional Plaintiff(s) and address(es): <u>FCI-Terre Haute</u>

    B.    Defendant(s)

        1.    Name of Defendant: <u>Vincent Carr and Bobby L. Garrett</u>

        2.    Defendant's address: <u>1200 Clark Ave, St. Louis, 63103</u>

        3.    Defendant's employer and job title: <u>St. Louis city Police Dept, Police Officer</u>

        4.    Additional Defendant(s) and address(es): _____

    <u>St. Louis City Police Dept., 1200 Clark Ave, St.Louis, MO 63103</u>

    <u>City of St. Louis, 1200 Market St., St. Louis MO 63103</u>

-3-

V. COUNSEL

    A. Do you have an attorney to represent you in this action?

        YES [ ]        NO [X]

    B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

        YES [ ]        NO [X]

    C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

_____

_____

_____

    D. If your answer to "B" is NO, explain why you have not made such efforts:

        I have no money to get an Attorney.

    E. Have you previously been represented by counsel in a civil action in this Court?

        YES [ ]        NO [X]

    F. If your answer to "E" is YES, state the attorney's name and address:

_____

_____

VI.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

City of St. Louis and its entity the St. Louis Police Dept., violated Plaintiff's Constitutional Right of Search and Seizure, when they violated their policies and custom in the higher for employment to the Police Dept, two corrupt individuals Vincent Carr and Bobby L Garrett, whom have admitted and pleaded guilty to planting evidence on arrestee prior to booking violating their Fourth Constitutional Amendment of Search and Seizure, inwhich both Officers have been Sentenced in Federal Court for Obstruction of justice, planting evidence, and stealing. The City of St. Louis and the St. Louis Police dept., violated their on rules by hiring unethical Officers and allowing them to coverup their illegal work tactics, after ignoring sevaral complaints on the two Officer. The Chief of Police Chief Joseph Mokwa these two Officer Chief was order to step down, was under investigation by the Federal Government to car ring theif. On February 11, 2005, Officer Vincent Carr and Bobby L. Garrett searched Plaintiff Vehicle and after return from the patrol car Officer Carr planted Crack cocaine into the Plantiff Right pocket. The state of Missouri has dropped these charges, but allowed the Federal Government to prosecute; this illegal search and seizure case.

The arresting Officers Vincent Carr and Bobby Lee Garrett had no search warrent for this search, therefore this was and illegal search and seizure violating the Plantiff's Fourth Constitutional Amendment. The City of St. Louis and the St. Louis City Police Dept also allow these corruped Officers to pass on their illegal arrest to other agencies such as the United States Attorney's Offices, were innocent arrestee are threaten with life sentences if they don't plead guilty. Therefore the Plaintiff set in Federal Prison today because of this illegal search and seizure, and the arresting Officers admitting their guilty by pleading guilty to a federal grand jury indictment to planting false evidence on their arrestee, the Plaintiff.

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want the court to rule inmy favor that the illegal search and seizure happened and violated my Fourth Constitutional Amendment Rights and I suffered actual, compensable injuries, a loss of Liberty, Freedom, emotional and mental anguish.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Actuall damages from each defendant in the amount of $3,000,000.00.

Punitive damages from each defendant in the amount of $3,000,000.00.

The arresting officers admitted in Federal court that they planted evidence On arrestee/me the Plaintiff fourth amendment right violated, loss of Liberty.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ]         NO [X]

_Antione Shockley_
Signature of attorney or pro se Plaintiff(s)

May 11 2010
Date

-6-